**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HEATHER RENEE THEIS,**

              **Plaintiff,**              **Case No. 2:20-cv-3929**

      **v.**                       **JUDGE EDMUND A. SARGUS, JR.**
                                   **Magistrate Judge Nora McCann King**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

              **Defendant.**

**ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 23, 2021.  (ECF No. 15.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Court **AFFIRMS** the Commissioner's decision.  The Clerk is directed to enter judgment pursuant to Sentence Four of 42 U.S.C. § 405(g) and to close this case.

      **IT IS SO ORDERED.**


**8/9/2021**                         **s/Edmund A. Sargus, Jr.**
**DATE**                             **EDMUND A. SARGUS, JR.**
                                     **UNITED STATES DISTRICT JUDGE**